IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONALD E. MILES,

         Plaintiff,

    v.

KURTISI DZEMALI, et al.,

         Defendants.

Case No. 23-cv-3768 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 8/21/2025**        **MONICA A. STUMP, Clerk of Court**

                                 **s/ Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**